

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2014

No. 04-14-00412-CR

Robert **MARTINEZ, JR.,**
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6698
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

A Trial Court's Certification of Defendant's Right of Appeal has been filed in this appeal in which the trial court judge certifies that the underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." It is therefore ORDERED that the trial court clerk electronically file a clerk's record, <u>no later than June 27, 2014</u>, containing the following documents:

1.   All pre-trial orders and the related pre-trial motions;

2.   The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3.   The judgment;

4.   All post-judgment motions and orders;

5.   The notice of appeal;

6.   The Trial Court's Certification of Defendant's Right of Appeal; and

7.   The criminal docket sheet.

The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court